# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| GRANT HEILMAN PHOTOGRAPHY, INC.<br><br>v.<br><br>McGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC, McGRAW-HILL SCHOOL EDUCATION HOLDINGS, LLC | CIVIL ACTION<br><br>NO. 17-694 |
|---|---|

## ORDER RE: MOTION TO DISQUALIFY

**AND NOW**, this 2nd day of May, 2018, upon careful consideration of all submissions, and following a hearing before the Court on February 20, 2018, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Disqualify Plaintiff's counsel, Harmon Seidman Bruss & Kerr, LLC (ECF 30) is **GRANTED**.

The Court will allow Plaintiff thirty (30) days for new counsel to enter an appearance. The Court will schedule a status conference by telephone for June 7, 2018.

                                                **BY THE COURT:**

                                                **/s/ Michael M. Baylson**
                                                **MICHAEL M. BAYLSON, U.S.D.J.**