IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| GRANT HEILMAN PHOTOGRAPHY, INC.<br><br>v.<br><br>McGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC, McGRAW-HILL SCHOOL EDUCATION HOLDINGS, LLC | CIVIL ACTION<br><br>NO. 17-694 |
|---|---|

## ORDER

**AND NOW**, this 14th day of May, 2018, for the reasons stated in the Memorandum, the Plaintiff's Motion to Stay (ECF 59) is **GRANTED** for an additional sixty (60) days.

BY THE COURT:

MICHAEL M. BAYLSON
United States District Court Judge

O:\CIVIL 17\17-694 Grant Heilman v McGraw-Hill\Order on Motion to Stay.docx