# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRANT HEILMAN PHOTOGRAPHY, INC.<br><br>v.<br><br>McGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC, McGRAW-HILL SCHOOL EDUCATION HOLDINGS, LLC | CIVIL ACTION<br><br>NO. 17-694 |

## ORDER

**AND NOW**, this 28th day of June, 2018, upon careful consideration of Defendant's Motion for Partial Summary Judgment, and all submissions related thereto, and for the reasons stated in the accompanying Memorandum; Defendant's Motion for Partial Summary Judgment (ECF 17, renewed as ECF 29) is **GRANTED**.

                                                                     /s/ Michael M. Baylson
                                                **MICHAEL M. BAYLSON**
                                                **United States District Court Judge**